(INND Rev. 12/23)

page 1

**-FILED-**

DEC 15 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.*]

Enzi Blasio

[*You are the* **PLAINTIFF**, *print your full name on this line.*]

v.

Brotherhood Mutual Insurnace Company

[*The* **DEFENDANT** *is who you are suing.*]

Case Number _____ 1 : 2 5 C V 6 7 2

[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: PO BOX 274; Roanoke, Indiana; 46783

_____

2. My telephone number is: ( 309 ) 832-1919

3. The Defendant's address is: 6400 Brotherhood Way; Fort Wayne, Indiana; 46825

_____

4. This action is brought for employment discrimination pursuant to:

☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
  [*race, color, gender, religion, national origin*]

◯ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

◯ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

◯ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: September 1, 2025

6. The date on my Notice of Right to Sue letter is: September 11, 2025

7. The date I received my Notice of Right to Sue letter was: September 11, 2025

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 12/23)                                                                              page 2

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I began working for Brotherhood Mutual Insurance Company on or about June 7, 2023 , as a Customer Service Agent in Fort Wayne, Indiana.

2. During my employment, I was subjected to discrimination based on my race and national origin, including unequal treatment and conduct that interfered with my ability to perform my job.

3. I raised internal complaints to management and Human Resources about discriminatory conduct and workplace practices that I reasonably believed were improper.

4. After I engaged in protected activity, I was subjected to retaliation, including increased scrutiny, exclusion from workplace communications, reassignment of duties, and hostile treatment.

5. The discrimination and retaliation created a hostile work environment that was severe and pervasive.

6. On or about November 6, 2024, I submitted a written resignation with two weeks' notice. Shortly thereafter, I was instructed to leave immediately and was not permitted to complete my notice period.

7. As a result of the defendant's actions, I suffered loss of income, emotional distress, and other damages.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 12/23)                                                                                                page 3

RELIEF – If you win this case, what do you want the court to order the defendant to do?

I request all relief available under Title VII, including equitable relief, back pay if applicable,

compensatory damages as permitted by law, and any other relief the Court deems

just and proper.

DOCUMENTS – I have attached a copy of the following documents:

☑ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission
   or the Indiana Civil Rights Commission

☑ Notice of Right to Sue letter

◯ Other: _____

   _____

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the
   defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the
   clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the
   defendant about this case.

[*Initial Each Statement*]

*EB*   I will keep a copy of this complaint for my records.

*EB*   I will promptly notify the court of any change of address.

*EB*   I declare **under penalty of perjury** that the statements in this complaint are true.

_____ Enzi Blasio _____          12/15/2025
Signature                                     Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]