**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| ENZI BLASIO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:   1:25-cv-00672-HAB-ALT |
| | ) | |
| BROTHERHOOD MUTUAL | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS**

COMES NOW Defendant, Brotherhood Mutual Insurance Company ("Defendant"), by counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), moves to dismiss Plaintiff's Complaint in its entirety. For the reasons set forth in Defendant's Brief in Support of its Motion to Dismiss, filed contemporaneously herewith, Plaintiff's claims under Title VII of the Civil Rights Act of 1964, as amended, are time-barred because Plaintiff failed to file this action within the mandatory 90-day limitations period following receipt of her Notice of Right to Sue from the Equal Employment Opportunity Commission. The untimeliness of Plaintiff's claims is apparent from the face of the Complaint and the documents attached thereto.

WHEREFORE, Defendant respectfully requests that the Court grant its Motion, dismiss Plaintiff's Complaint with prejudice in its favor and against Plaintiff, and for all other just and proper relief.

4926-4227-5987 v.1                    Page 1 of 2

Respectfully submitted,

**BARRETT MCNAGNY, LLP**

*/s/ Sarah L. Schreiber*
Sarah L. Schreiber, 31416-64
Stephanie Nuevo, 39948-02
215 East Berry Street
P.O. Box 2263
Fort Wayne, IN 46801-2263
Telephone: (260) 423-9551
FAX: (260) 423-8920
E-mail: sls@barrettlaw.com
E-mail: sn@barrettlaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of March, 2026, electronically filed the foregoing with the Clerk of the Court using the CM/ECF and mailed a copy of the foregoing via U.S. mail to the following:

Enzi Blasio
PO Box 274
Roanoke, IN 46783
*Pro Se Plaintiff*

/s/ *Sarah L. Schreiber*
Sarah L. Schreiber

4926-4227-5987 v.1                    Page 2 of 2